IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EDDY ADAMS,<br><br>               Petitioner,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>Administration,<br><br>               Respondent. | Case No. CV 06-266-S-MHW<br><br>**JUDGMENT** |

On September 12, 2007, the Court entered a Memorandum Decision and Order GRANTING Petitioner's Petition for Review (Docket No. 1) and REMANDING the case to the Commissioner of the Social Security Administration under "sentence four" of 42 U.S.C. § 405(g).  Pursuant to that Order, Judgment is hereby entered in favor of the Petitioner.



DATED: September 12, 2007

_____
Honorable Mikel H. Williams
Chief United States Magistrate Judge

**Judgment - Page 1**